UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU, <br><br> Defendants. | Civil Action No. _____ |

_____

**PLAINTIFF MEDICAL PROPERTIES TRUST, INC.'S
CORPORATE DISCLOSURE STATEMENT**

_____

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Medical Properties Trust, Inc. ("MPT") hereby certifies, by and through its undersigned counsel, that:

1. MPT has no parent corporation.

2. As of December 31, 2022, BlackRock, Inc. is the only publicly held corporation known to MPT to own 10% or more of its outstanding common stock.

Dated:  March 30, 2023

                                                    LIGHTFOOT, FRANKLIN & WHITE LLC

OF COUNSEL:

William Savitt (*pro hac vice* to be filed)
Sarah K. Eddy (*pro hac vice* to be filed)
Nathaniel Cullerton (*pro hac vice* to be filed)
Adabelle U. Ekechukwu (*pro hac vice* to be filed)
Sijin Choi (*pro hac vice* to be filed)
Charles M. Melman (*pro hac vice* to be filed)
WACHTELL, LIPTON,
ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000

/s/ Michael L. Bell
Michael L. Bell
Wesley B. Gilchrist
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Tel.: (205) 581-0700

*Attorneys for Plaintiff*

Corey Worcester (*pro hac vice* to be filed)
Jomaire A. Crawford (*pro hac vice* to be filed)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel.: (212) 849-7000

Anthony Bongiorno (*pro hac vice* to be filed)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel.: (617) 712-7100