UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer Lynch
Clerk

Joe Musso
Chief Deputy Clerk

**MEDICAL PROPERTIES TRUST, INC.** }
}
}
Plaintiff }
v. } Case Number:  **2:23-CV-0408-NAD**
}
**VICEROY RESEARCH, LLC, et al** }
}
}
Defendants }

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the **Honorable John H. England, III**.

Please use case number **2:23-CV-0408-JHE** on all subsequent pleadings.

**DATED:  March 30, 2023**

**GREER LYNCH, CLERK**

**By: s/** Joseph Colvin
**Deputy Clerk**

**GML:JLC**

xc:     Judges
          Counsel