# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Medical Properties Trust, Inc. ) | **Summons** |
| ) | (Issued pursuant to Rule 4 of |
| ) | the Federal Rules of Civil |
| Plaintiff, ) | Procedure or other appropriate |
| ) | law.) |
| v. ) | |
| Viceroy Research LLC; ) | **CIVIL ACTION CASE NUMBER:** |
| Fraser John Perring; Gabriel ) | |
| Bernarde; and Aidan Lau ) | **2:23-CV-0408-JHE** |
| ) | |
| Defendant. ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Viceroy Research LLC
1201 Orange Street, Suite 600
Wilmington, DE 19801

NOTE: A separate summons must be
          prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Wachtell, Lipton, Rosen & Katz
William Savitt; Sarah K. Eddy; Nathaniel Cullerton; Adabelle U. Ekechukwu; Sijin Choi; Charles M. Melman
51 West 52nd Street, New York, NY 10019

Quinn Emanuel Urquhart & Sullivan, LLP
Corey Worcester; Jomaire A. Crawford
51 Madison Avenue, 22nd Floor, New York, NY 10010

Lightfoot, Franklin & White LLC
Michael L. Bell, Wesley B. Gilchrist
The Clark Building, 400 20th Street North, Birmingham, AL 35203

Quinn Emanuel Urquhart & Sullivan, LLP
Anthony Bongiorno
111 Huntington Ave, Suite 520, Boston, MA 02199

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3-31-23

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: *[signature]*

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Medical Properties Trust, Inc. | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| Viceroy Research LLC; | ) | **CIVIL ACTION CASE NUMBER:** |
| Fraser John Perring; Gabriel | ) | |
| Bernarde; and Aidan Lau | ) | **2:23-CV-0408-JHE** |
| Defendant. | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Aidan Lau
Unit 205/750 Station Street
Box Hill
Australia 3128

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Wachtell, Lipton, Rosen & Katz<br>William Savitt; Sarah K. Eddy; Nathaniel Cullerton, Adabelle U. Ekechukwu; Sijin Choi; Charles M. Melman<br>51 West 52nd Street, New York, NY 10019 | Lightfoot, Franklin & White LLC<br>Michael L. Bell; Wesley B. Gilchrist<br>The Clark Building, 400 20th Street North, Birmingham, AL 35203 |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Corey Worcester; Jomaire A. Crawford<br>51 Madison Avenue, 22nd Floor, New York, NY 10010 | Quinn Emanuel Urquhart & Sullivan, LLP<br>Anthony Bongiorno<br>111 Huntington Ave, Suite 520, Boston, MA 02199 |

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3-31-23

GREER M. LYNCH, CLERK OF COURT

By [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Medical Properties Trust, Inc. )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>Viceroy Research LLC; )<br>Fraser John Perring; Gabriel )<br>Bernarde; and Aidan Lau )<br>Defendant. ) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>**CIVIL ACTION CASE NUMBER:**<br><br>**2:23-CV-0408-JHE** |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Fraser John Perring
28 Robins Crescent
Witham St Hughs
United Kingdom LN6 9UU

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Wachtell, Lipton, Rosen & Katz
William Savitt; Sarah K. Eddy; Nathaniel Cullerton; Adabelle U. Ekechukwu; Sijin Choi; Charles M. Melman
51 West 52nd Street, New York, NY 10019

Quinn Emanuel Urquhart & Sullivan, LLP
Corey Worcester; Jomaire A. Crawford
51 Madison Avenue, 22nd Floor, New York, NY 10010

Lightfoot, Franklin & White LLC
Michael L. Bell; Wesley B. Gilchrist
The Clark Building, 400 20th Street North, Birmingham, AL 35203

Quinn Emanuel Urquhart & Sullivan, LLP
Anthony Bongiorno
111 Huntington Ave, Suite 520, Boston, MA 02199

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3-31-23

GREER M. LYNCH, CLERK OF COURT

By: *[signature]*

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Medical Properties Trust, Inc. | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| Viceroy Research LLC; | ) | **CIVIL ACTION CASE NUMBER:** |
| Fraser John Perring; Gabriel | ) | |
| Bernarde; and Aidan Lau | ) | **2:23-CV-0408-JHE** |
| Defendant. | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Gabriel Bernarde
11 Eckersley Court
Blackburn South
Victoria
Australia 3130

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Wachtell, Lipton, Rosen & Katz
William Savitt; Sarah K. Eddy; Nathaniel Cullerton, Adabelle U. Ekechukwu; Sijin Choi; Charles M. Melman
51 West 52nd Street, New York, NY 10019

Quinn Emanuel Urquhart & Sullivan, LLP
Corey Worcester; Jomaire A. Crawford
51 Madison Avenue, 22nd Floor, New York, NY 10010

Lightfoot, Franklin & White LLC
Michael L. Bell; Wesley B. Gilchrist
The Clark Building, 400 20th Street North, Birmingham, AL 35203

Quinn Emanuel Urquhart & Sullivan, LLP
Anthony Bongiorno
111 Huntington Ave, Suite 520, Boston, MA 02199

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3-31-23

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: _____
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203