# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Medical Properties Trust, Inc. | ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| **Plaintiff,** | ) ) ) | |
| v.  Viceroy Research LLC; Fraser John Perring; Gabriel Bernarde; and Aidan Lau | ) ) ) ) ) | **CIVIL ACTION CASE NUMBER:** **2:23-CV-0408-JHE** |
| **Defendant.** | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Viceroy Research LLC
1201 Orange Street, Suite 600
Wilmington, DE 19801

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Wachtell, Lipton, Rosen & Katz
William Savitt; Sarah K. Eddy; Nathaniel Cullerton; Adabelle U. Ekechukwu; Sijin Choi; Charles M. Melman
51 West 52nd Street, New York, NY 10019

Lightfoot, Franklin & White LLC
Michael L. Bell; Wesley B. Gilchrist
The Clark Building, 400 20th Street North, Birmingham, AL 35203

Quinn Emanuel Urquhart & Sullivan, LLP
Corey Worcester; Jomaire A. Crawford
51 Madison Avenue, 22nd Floor, New York, NY 10010

Quinn Emanuel Urquhart & Sullivan, LLP
Anthony Bongiorno
111 Huntington Ave, Suite 520, Boston, MA 02199

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3-31-23

GREER M. LYNCH, CLERK OF COURT
By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __31__ day of __March__, __2023__, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at _____

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☒ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
Viceroy Research LLC c/o Agents and Corporations, Inc, Registered Agent on Matthew Dochnel, authorized to accept, 1201 Orange Street, Suite 600, Wilmington, DE 19801

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__3/31/2023__
Date

_[signature]_
Authorized or Specially Appointed Process Server
Gilbert Del Valle

Costs of Service:  Service fee:                                            $
                   Expenses: _____ miles @ _____ cents   $_____
                                                  TOTAL $