# EXHIBIT A

## SIJIN CHOI'S COURT ADMISSIONS

| COURT | ACTIVE AND IN GOOD STANDING | ADMISSION DATE |
|---|---|---|
| New York | Yes | 11/10/2021 |