# EXHIBIT A

## NATHANIEL CULLERTON'S COURT ADMISSIONS

| COURT | ACTIVE AND IN GOOD STANDING | ADMISSION DATE |
|---|---|---|
| New York | Yes | 10/24/2016 |
| Maryland | Yes | 12/17/2013 |
| U.S. District Court for the Southern District of New York | Yes | 5/23/2017 |
| U.S. District Court for the Eastern District of New York | Yes | 2/7/2020 |