# **EXHIBIT A**

# **SARAH EDDY'S COURT ADMISSIONS**

| **COURT** | **ACTIVE AND IN GOOD STANDING** | **ADMISSION DATE** |
|---|---|---|
| New York | Yes | 2/26/2003 |
| U.S. District Court for the Southern District of New York | Yes | 1/24/2007 |
| U.S. District Court for the Eastern District of New York | Yes | 1/24/2007 |
| U.S. Court of Appeals for the Second Circuit | Yes | 3/29/2007 |
| U.S. Supreme Court | Yes | 1/12/2009 |