FILED
2023 Apr-11  PM 05:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# ADABELLE U. EKECHUKWU'S COURT ADMISSIONS

| COURT | ACTIVE AND IN GOOD STANDING | ADMISSION DATE |
|---|---|---|
| New York | Yes | 1/17/2019 |
| U.S. District Court for the Southern District of New York | Yes | 4/2/2019 |
| U.S. Court of Appeals for the Second Circuit | Yes | 2/20/2019 |