UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VICEROY RESEARCH LLC; FRASER JOHN )<br>PERRING; GABRIEL BERNARDE; and )<br>AIDAN LAU, )<br>)<br>Defendants. ) | 2:23-cv-00408-JHE |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF CHARLES MELMAN**

The undersigned Michael L. Bell, counsel for Medical Properties Trust, Inc. ("MPT"), and who is an attorney licensed to practice before this Court, moves the Court for an order granting permission to Charles Melman of the law firm Wachtell, Lipton, Rosen & Katz to appear *pro hac vice* in this action for the purpose of representing Medical Properties Trust, Inc.

1. Charles Melman is an attorney at Wachtell, Lipton, Rosen & Katz. His office address is 51 West 52nd Street, New York, NY 10019; his telephone number is (212) 403-1000 and his email address is CMMelman@wlrk.com. Mr. Melman is admitted to practice before the Courts listed on Exhibit "A" to this Motion and remains in good standing with all Courts to which he has been admitted.

2. Charles Melman, by and through designated counsel and pursuant to Local Rules of the Court, requests that the Court provide Notices of Electronic Filing to him as follows:

Charles Melman          CMMelman@wlrk.com

3. Mr. Melman resides in New York, NY.

4. The attached Declaration of Charles Melman confirms that Mr. Melman has read and understands the local court rules, Alabama State Bar Code of Professional Courtesy and the Lawyers Creed, and the CM/ECF filing requirements. (*See* Exhibit B.)

5. With the filing of this motion, the undersigned is submitting to the Clerk of this Court the prescribed admission fee of the United States District Court for the Northern District of Alabama, Southern Division.

6. The undersigned consents to serve as local counsel with Mr. Melman in accordance with LR 83.1(b)(2).

Respectfully submitted this 11th day of April, 2023.

 

Respectfully submitted,

*/s/ Michael L. Bell*
Michael L. Bell
LIGHTFOOT, FRANKLIN AND WHITE, LLC
The Clark Building
400 20th Street North

Birmingham, Alabama 35203
Tel.: (205) 581-0700
mbell@lightfootlaw.com

*Attorney for Plaintiff*

## Certificate of Service

I hereby certify that on April 11, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michael L. Bell*
Michael L. Bell
