FILED
2023 Apr-11  PM 05:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# CHARLES MELMAN'S COURT ADMISSIONS

| COURT | ACTIVE AND IN GOOD STANDING | ADMISSION DATE |
|---|---|---|
| New York | Yes | 1/2/2021 |
| New Jersey | Yes | 8/26/2021 |
| U.S. District Court for the Southern District of New York | Yes | 11/23/2021 |
| U.S. District Court for the Eastern District of New York | Yes | 12/1/2021 |