# EXHIBIT A

# WILLIAM SAVITT'S COURT ADMISSIONS

| COURT | ACTIVE AND IN GOOD STANDING | ADMISSION DATE |
|---|---|---|
| New York | Yes | 5/12/1998 |
| U.S. District Court for the Southern District of New York | Yes | 5/1/2001 |
| U.S. District Court for the Eastern District of New York | Yes | 6/6/2001 |
| U.S. Court of Appeals for the Second Circuit | Yes | 9/19/2007 |
| U.S. Court of Appeals for the Ninth Circuit | Yes | 11/14/2014 |