# **EXHIBIT A**

## **KELSEY BORENZWEIG'S COURT ADMISSIONS**

| **COURT** | **ACTIVE AND IN GOOD STANDING** | **ADMISSION DATE** |
|---|---|---|
| New York | Yes | 3/27/2023 |