IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> v. <br><br> VICEROY RESEARCH LLC, *et al.,* <br><br> Defendants. | Case No. 2:23-cv-00408-JHE |

## **DEFENDANT VICEROY RESEARCH LLC CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Viceroy Research LLC ("Viceroy") hereby certifies, by and through its undersigned counsel, that:

1. Viceroy has no parent corporation.

2. Viceroy has no publicly traded corporation that owns more than 10% of outstanding shares.

Dated: April 21, 2023

                Respectfully submitted,

                */s/ J. Ken Thompson*
                J. Ken Thompson (ASB-1422-P67J)

        J. Ken Thompson
        Attorney at Law
        P.O. Box 43116
        Birmingham, Alabama 35243
        205-601-5624
        kent@jkenthompsonlaw.com


        Richard M. Elias (*pro hac vice* to be filed)
        Elias LLC
        231 S. Bemiston Avenue
        Suite 800
        St. Louis, MO 63105
        Tel.: (314) 391-6820
        relias@eliasllc.com

        *Attorneys for Defendant*

## Certificate of Service

I hereby certify that I electronically filed I hereby certify that I electronically filed a true and correct copy of the foregoing, using the Court's CM/ECF system, which will automatically send email notification of said filing to:

Michael L. Bell
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Tel.: (205) 581-0700

*Attorneys for Plaintiff*

William Savitt (*pro hac vice* to be filed)
Sarah K. Eddy (*pro hac vice* to be filed)
Nathaniel Cullerton (*pro hac vice* to be filed)
Adabelle U. Ekechukwu (*pro hac vice* to be filed)
Sijin Choi (*pro hac vice* to be filed)
Charles M. Melman (*pro hac vice* to be filed)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000

Corey Worcester (*pro hac vice* to be filed)
Jomaire A. Crawford (*pro hac vice* to be filed)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000

Anthony Bongiorno (*pro hac vice* to be filed)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel.: (617) 712-7100

*Attorneys for Plaintiff*

       */s/ J. Ken Thompson*
       J. KEN THOMPSON