IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> v. <br><br> VICEROY RESEARCH LLC, *et al.,* <br><br> Defendants. | Case No. 2:23-cv-00408-JHE |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD M. ELIAS

The undersigned J. Ken Thompson, counsel for Viceroy Research LLC ("Viceroy"), and who is an attorney licensed to practice before this Court, moves the Court for an order granting permission to Richard M. Elias of the law firm Elias LLC to appear *pro hac vice* in this action for the purpose of representing Viceroy Research LLC.

1. Richard M. Elias is an attorney at Elias LLC. His office address is 231 S. Bemiston Avenue, St. Louis, Missouri 63105; his telephone number is (314) 391-6820 and his email address is relias@eliasllc.com. Mr. Elias is admitted to practice before the Courts listed on Exhibit "A" to this Motion and remains in good standing with all Courts to which he has been admitted.

2. Richard M. Elias, by and through designated counsel and pursuant to Local Rules of the Court, requests that the Court provide Notices of Electronic Filing to him as follows:

    Richard M. Elias:  relias@eliasllc.com

3. Mr. Elias resides in St. Louis, Missouri.

4. The attached Declaration of Richard M. Elias confirms that Mr. Elias has read and understands the local court rules, Alabama State Bar Code of Professional Courtesy and the Lawyers Creed, and the CM/ECF filing requirements. (*See* Exhibit B).

5. With the filing of this motion, the undersigned is submitting to the Clerk of this Court the prescribed admission fee of the United States District Court for the Northern District of Alabama, Southern Division.

6. The undersigned consents to serve as local counsel with Mr. Elias in accordance with LR 83.1(b)(2).

    Respectfully submitted this 21st day of April, 2023.

    */s/ J. Ken Thompson*
    J. KEN THOMPSON (ASB-1422-P67J)
    Attorney for Defendant, Viceroy Research, LLC

J. Ken Thompson
Attorney at Law
P.O. Box 43116
Birmingham, Alabama 35243
205-601-5624
kent@jkenthompsonlaw.com

## Certificate of Service

I hereby certify that I electronically filed I hereby certify that I electronically filed a true and correct copy of the foregoing, using the Court's CM/ECF system, which will automatically send email notification of said filing to:

Michael L. Bell
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Tel.: (205) 581-0700

*Attorneys for Plaintiff*

William Savitt (*pro hac vice* to be filed)
Sarah K. Eddy (*pro hac vice* to be filed)
Nathaniel Cullerton (*pro hac vice* to be filed)
Adabelle U. Ekechukwu (*pro hac vice* to be filed)
Sijin Choi (*pro hac vice* to be filed)
Charles M. Melman (*pro hac vice* to be filed)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000

Corey Worcester (*pro hac vice* to be filed)
Jomaire A. Crawford (*pro hac vice* to be filed)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000

Anthony Bongiorno (*pro hac vice* to be filed)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel.: (617) 712-7100

*Attorneys for Plaintiff*

                          */s/ J. Ken Thompson*
                          J. KEN THOMPSON