# **EXHIBIT A**

# **RICHARD M. ELIAS' COURT ADMISSIONS**

| COURT | ACTIVE AND IN GOOD STANDING | ADMISSION DATE |
|---|---|---|
| Missouri | Yes | 9/18/2002 |
| Eastern District of Missouri | Yes | 12/08/2016 |
| Illinois | Yes | 5/8/2003 |
| New York | Yes | 12/04/2015 |
| Florida | Yes | 12/28/2018 |
| Middle District of Florida | Yes | 7/16/2020 |
| Southern District of Illinois | Yes | 3/12/2020 |
| Middle District of Florida | Yes | 7/16/2020 |