FILED
2023 Apr-21  PM 05:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VICEROY RESEARCH LLC, *et al.,*<br><br>    Defendants. | Case No. 2:23-cv-00408-JHE |

## **DECLARATION OF RICHARD M. ELIAS**

Richard M. Elias states as follows:

I am over 19 years of age, and the statements contained herein are true and correct based upon my personal knowledge.

1. I have read and understand the Local Rules for the United States District Court for the Northern District of Alabama.

2. I have read and understand the Alabama State Bar Code of Professional Courtesy and the Lawyers Creed.

3. I have read and understand the CM/ECF filing requirements for the United States District Court of the Northern District of Alabama.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 21, 2023            */s/ Richard M. Elias*