UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU, <br><br> Defendants. | Civil Action No. 2:23-cv-00408-JHE |

_____

**NOTICE OF APPEARANCE**
_____

Meghan S. Cole of the law firm of Lightfoot, Franklin & White, LLC hereby enters her appearance as additional counsel of record on behalf of Plaintiff Medical Properties Trust, Inc.  Please serve all future correspondence and filings accordingly.

Dated:  April 24, 2023

                                                LIGHTFOOT, FRANKLIN & WHITE LLC

                                                /s/ Meghan S. Cole
                                                Michael L. Bell
                                                Wesley B. Gilchrist
                                                Rebecca K. Hall
                                                Meghan S. Cole
                                                The Clark Building

      400 20th Street North
      Birmingham, Alabama 35203
      Tel.: (205) 581-0700
      mcole@lightfootlaw.com

      William Savitt (*pro hac vice* filed)
      Sarah K. Eddy (*pro hac vice* filed)
      Nathaniel Cullerton (*pro hac vice* filed)
      Adabelle U. Ekechukwu (*pro hac vice* filed)
      Sijin Choi (*pro hac vice* filed)
      Charles M. Melman (*pro hac vice* filed)
      WACHTELL, LIPTON,
      ROSEN & KATZ
      51 West 52nd Street
      New York, NY 10019
      Tel.: (212) 403-1000

      Corey Worcester (*pro hac vice* filed)
      Jomaire A. Crawford (*pro hac vice* filed)
      QUINN EMANUEL
      URQUHART & SULLIVAN, LLP
      51 Madison Avenue, 22nd Floor
      New York, NY  10010
      Tel.: (212) 849-7000

      Anthony Bongiorno (*pro hac vice* filed)
      QUINN EMANUEL
      URQUHART & SULLIVAN, LLP
      111 Huntington Ave, Suite 520
      Boston, MA 02199
      Tel.: (617) 712-7100

      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Meghan S. Cole*
Of Counsel
