UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU, <br><br> Defendants. | Civil Action No. 2:23-cv-00408-JHE |

_____

**NOTICE OF APPEARANCE**
_____

Rebecca K. Hall of the law firm of Lightfoot, Franklin & White, LLC hereby enters her appearance as additional counsel of record on behalf of Plaintiff Medical Properties Trust, Inc.  Please serve all future correspondence and filings accordingly.

Dated:  April 25, 2023

                                      LIGHTFOOT, FRANKLIN & WHITE LLC

                                      /s/ Rebecca K. Hall
                                      Michael L. Bell
                                      Wesley B. Gilchrist
                                      Rebecca K. Hall
                                      Meghan S. Cole
                                      The Clark Building

    400 20th Street North
    Birmingham, Alabama 35203
    Tel.: (205) 581-0700
    mcole@lightfootlaw.com

    William Savitt (*pro hac vice* filed)
    Sarah K. Eddy (*pro hac vice* filed)
    Nathaniel Cullerton (*pro hac vice* filed)
    Adabelle U. Ekechukwu (*pro hac vice* filed)
    Sijin Choi (*pro hac vice* filed)
    Charles M. Melman (*pro hac vice* filed)
    WACHTELL, LIPTON,
    ROSEN & KATZ
    51 West 52nd Street
    New York, NY 10019
    Tel.: (212) 403-1000

    Corey Worcester (*pro hac vice* filed)
    Jomaire A. Crawford (*pro hac vice* filed)
    QUINN EMANUEL
    URQUHART & SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
    New York, NY  10010
    Tel.: (212) 849-7000

    Anthony Bongiorno (*pro hac vice* filed)
    QUINN EMANUEL
    URQUHART & SULLIVAN, LLP
    111 Huntington Ave, Suite 520
    Boston, MA 02199
    Tel.: (617) 712-7100

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Rebecca K. Hall*
Of Counsel
