# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch

Clerk

| | |
|---|---|
| Medical Properties Trust Inc }<br>  Plaintiff }<br>v. }<br> }<br>Viceroy Research LLC et al, }<br>  Defendants } | Case Number: 2:23 CV 408 JHE |

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Annemarie Carney Axon.  Please use case number 2:23 CV 408 ACA on all subsequent pleadings.

DATED: April 25, 2023

GREER M. LYNCH, CLERK


By:__A. Day_____
    Deputy Clerk

SNH: akd

xc:   Judges
      Counsel