# EXHIBIT A

## COREY WORCESTER'S COURT ADMISSIONS

| COURT | ACTIVE AND IN GOOD STANDING | ADMISSION DATE |
|---|---|---|
| New York | Yes | 3/19/2023 |
| United States District Court for the Southern District of New York | Yes | 10/30/2006 |
| United States District Court for the Eastern District of New York | Yes | 4/23/2009 |
| United States District Court for the Eastern District of Michigan | Yes | 11/17/2014 |
| United States Court of Appeals for the Second Circuit | Yes | 4/24/2009 |
| United States Court of Appeals for the Ninth Circuit | Yes | 6/14/2017 |
| Supreme Court of the United States | Yes | 6/1/2010 |