FILED

2023 May-03  AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MEDICAL PROPERTIES TRUST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-cv-00408-ACA |
| | ) | |
| VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF JOMAIRE A. CRAWFORD**

The undersigned Michael L. Bell, counsel for Medical Properties Trust, Inc. ("MPT"), and who is an attorney licensed to practice before this Court, moves the Court for an order granting permission to Jomaire A. Crawford of the law firm Quinn Emanuel Urquhart & Sullivan, LLP to appear *pro hac vice* in this action for the purpose of representing Medical Properties Trust, Inc.

1.  Jomaire A. Crawford is an attorney at Quinn Emanuel Urquhart & Sullivan, LLP. Her office address is 51 Madison Avenue, 23rd Floor, New York, NY 10010; her telephone number is (212) 849-7000 and her email address is JomaireCrawford@quinnemanuel.com. Ms. Crawford is admitted to practice before

the Courts listed on Exhibit "A" to this Motion and remains in good standing with all Courts to which she has been admitted.

2.  Jomaire A. Crawford, by and through designated counsel and pursuant to Local Rules of the Court, requests that the Court provide Notices of Electronic Filing to her as follows:

Jomaire A. Crawford             JomaireCrawford@quinnemanuel.com

3.  Ms. Crawford resides in New York, NY.

4.  The attached Declaration of Jomaire A. Crawford confirms that Ms. Crawford has read and understands the local court rules, Alabama State Bar Code of Professional Courtesy and the Lawyers Creed, and the CM/ECF filing requirements. (*See* Exhibit B.)

5.  With the filing of this motion, the undersigned is submitting to the Clerk of this Court the prescribed admission fee of the United States District Court for the Northern District of Alabama, Southern Division.

6. The undersigned consents to serve as local counsel with Ms. Crawford in accordance with LR 83.1(b)(2).

Respectfully submitted this 3rd day of May 2023.

Respectfully submitted,

*/s/ Michael L. Bell*
Michael L. Bell

LIGHTFOOT, FRANKLIN
AND WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Tel.: (205) 581-0700
mbell@lightfootlaw.com

*Attorney for Plaintiff*

## Certificate of Service

I hereby certify that on May 3, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Michael L. Bell*
Michael L. Bell