# EXHIBIT A

# JOMAIRE A. CRAWFORD'S COURT ADMISSIONS

| COURT | ACTIVE AND IN GOOD STANDING | ADMISSION DATE |
|---|---|---|
| New York | Yes | 8/28/13 |
| U.S. District Court for the Southern District of New York | Yes | 11/5/13 |
| U.S. Supreme Court | Yes | 10/5/20 |