FILED
2023 May-03  AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MEDICAL PROPERTIES TRUST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-cv-00408-ACA |
| | ) | |
| VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JOMAIRE A. CRAWFORD**

Jomaire A. Crawford states as follows:

I am over 19 years of age, and the statements contained herein are true and correct based upon my personal knowledge.

1. I have read and understand the Local Rules for the United States District Court for the Northern District of Alabama.

2. I have read and understand the Alabama State Bar Code of Professional Courtesy and the Lawyers Creed.

3. I have read and understand the CM/ECF filing requirements for the United States District Court of the Northern District of Alabama.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 2, 2023                                          _____