## UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch  
Clerk

Joe Musso  
Chief Deputy

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., | } |
| Plaintiff, | } |
| v. | } Case Number: 2:23-cv-408-ACA |
| VICEROY RESEARCH, LLC, et al., | } |
| Defendants. | } |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Madeline Hughes Haikala. Please use case number 2:23-cv-408-MHH on all subsequent pleadings.

DATED: 5/3/2023

GREER M. LYNCH, CLERK

By: __Karen Humphrey_____
Deputy Clerk

GML: ksh

xc:   Judges
      Counsel