## UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

GREER M. LYNCH                                                                 Joe Musso
Clerk                                                                                      Chief Deputy

| | |
|---|---|
| Medical Properties Trust, Inc. } | |
| Plaintiff(s) } | |
| v. } | Case Number: 2:23-cv-00408-MHH |
| } | |
| Viceroy Research, LLC et al } | |
| Defendant(s) } | |

### NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable R. David Proctor.

Please use case number 2:23-cv-00408-RDP on all subsequent pleadings.

DATED: 5/11/2023

GREER M. LYNCH, CLERK

By: _____D.WIGGINS_____
Deputy Clerk

GML: DNW

xc:    Judges
       Counsel