# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Medical Properties Trust, Inc. | ) | Summons |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| Viceroy Research LLC; | ) | CIVIL ACTION CASE NUMBER: |
| Fraser John Perring; Gabriel | ) | |
| Bernarde; and Aidan Lau | ) | 2:23-CV-0408-JHE |
| Defendant. | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Gabriel Bernarde
11 Eckersley Court
Blackburn South
Victoria
Australia 3130

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Wachtell, Lipton, Rosen & Katz
William Savitt; Sarah K. Eddy; Nathaniel Cullerton; Adabelle U. Ekechukwu; Sijin Choi; Charles M. Melman
51 West 52nd Street, New York, NY 10019

Quinn Emanuel Urquhart & Sullivan, LLP
Corey Worcester; Jomaire A. Crawford
51 Madison Avenue, 22nd Floor, New York, NY 10010

Lightfoot, Franklin & White LLC
Michael L. Bell, Wesley B. Gilchrist
The Clark Building, 400 20th Street North, Birmingham, AL 35203

Quinn Emanuel Urquhart & Sullivan, LLP
Anthony Bongiorno
111 Huntington Ave, Suite 520, Boston, MA 02199

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

DATE: 3-31-23

GREER M. LYNCH, CLERK OF COURT

By: _____

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __21ST__ day of __JUNE__, __2023__, I served this summons together with the complaint as follows:

☒ By personal service on the defendant at __81 PARK LANE, BURTON WATERS LINCOLN (UK) LN1 2UZ__

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__22ND JUNE 2023__         _[signature]_
Date                                  Authorized or Specially Appointed Process Server

Costs of Service: Service fee:                                    $_____
                 Expenses: _____ miles @ _____ cents  $_____
                                          TOTAL $