FILED

2023 Jun-29  PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MEDICAL PROPERTIES TRUST, INC.,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:23-cv-00408-RDP** |
| | } | |
| **VICEROY RESEARCH, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## ORDER

This matter is before the court on Defendants Viceroy and Perring's 12(b)(2) Motion to Dismiss for lack of personal jurisdiction (Doc. # 16) and Defendant Viceroy's 12(b)(6) Motion to Dismiss for failure to state a claim (Doc. # 17).

For the reasons outlined in the accompanying Memorandum Opinion, Defendants' 12(b)(2) Motion to Dismiss (Doc. # 16) and Viceroy's 12(b)(6) Motion to Dismiss (Doc. # 17) are **DENIED**.

The court will set this case for a scheduling conference once all Defendants have appeared.

**DONE** and **ORDERED** this June 29, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE