UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:23-cv-00408-RDP |
| ) | |
| VICEROY RESEARCH LLC; FRASER JOHN ) | |
| PERRING; GABRIEL BERNARDE; and ) | |
| AIDAN LAU, ) | |
| ) | |
| Defendants. ) | |

**<u>MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD</u>**

Kelsey A. Borenzweig respectfully moves this Court for leave to withdraw as attorney of record for Plaintiff Medical Properties Trust, Inc. as she is leaving the law firm of Wachtell, Lipton, Rosen & Katz.  Plaintiff will continue to be represented by the law firms of Wachtell, Lipton, Rosen & Katz, Quinn Emanuel Urquhart & Sullivan, LLP and Lightfoot, Franklin & White, LLC and will not be prejudiced by Ms. Borenzweig's withdrawal.

Respectfully submitted,

*/s/ Kelsey A. Borenzweig*
Kelsey A. Borenzweig

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                       */s/ Kelsey A. Borenzweig*
                                       Of Counsel