# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MEDICAL PROPERTIES TRUST, INC.,** | }<br>}<br>} |
| **Plaintiff,** | }<br>} |
| v. | }  Case No.: 2:23-CV-408-RDP<br>} |
| **VICEROY RESEARCH, LLC, et al.,** | }<br>} |
| **Defendants.** | } |

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

This case is **SET** for a Rule 16(b) scheduling conference at **11:00 a.m.** on **Wednesday, July 26, 2023**, in chambers of the undersigned located at the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama.

Out of town counsel for Defendant may participate in the conference via telephone and **DIRECTED** to dial-in to the conference by calling **866-434-5269** at the scheduled time. The Conference ID is **6022965**.

**DONE** and **ORDERED** this July 17, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE