IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VICEROY RESEARCH LLC, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00408-RDP |

**DEFENDANTS BERNARDE'S AND LAU'S REPLY IN SUPPORT OF MOTION TO DISMISS UNDER RULES 12(b)(2) AND 12(b)(6)**

MPT mischaracterizes Defendants Bernarde's and Lau's motion to dismiss as a motion for reconsideration of the Court's prior order denying separate Defendants Viceroy's and Perring's motion to dismiss, and urges the Court to apply the heightened standard of review for a motion for reconsideration. But Defendants Bernarde and Lau were not parties to that motion, and could not have been, as they had not yet been served or appeared when that motion was made and briefed. While there is some overlap between their arguments here and those made in the prior motion, they have raised additional points and are entitled to have all their arguments considered under the appropriate Rule 12(b)(2) and 12(b)(6) standards—not the more demanding standard for a motion for reconsideration. Indeed, none of the cases cited by MPT for application of the motion to reconsider standard involved a case like this one, where a different defendant— who was not present when the court considered and ruled on another defendant's prior motion to dismiss—later appeared in the case and made its own separate motion to dismiss. Therefore, the current motion is not one to reconsider and should not be subjected to the heightened standard of such a motion.

As to the merits of the arguments MPT raises, Defendants Lau and Bernarde stand on the arguments in their opening brief, and request that the Court grant their motions and dismiss MPT's claims against them with prejudice and tax costs against MPT.

Respectfully submitted this 26th day of July, 2023.

| | |
|---|---|
| */s/ Richard M. Elias* <br> ELIAS LLC <br> Richard M. Elias (pro hac vice) <br> 231 S. Bemiston, Suite 800 <br> St. Louis, MO 63105 <br> 314-391-6824 <br> relias@eliasllc.com <br> tfriedman@eliasllc.com | */s/ J. Ken Thompson* <br> J. KEN THOMPSON (ASB-1422-P67J) <br> Attorney for Defendant, Viceroy Research, LLC <br><br> J. Ken Thompson <br> Attorney at Law <br> P.O. Box 43116 <br> Birmingham, Alabama 35243 <br> 205-601-5624 <br> kent@jkenthompsonlaw.com |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed a true and correct copy of the foregoing, using the Court's CM/ECF system, which will automatically send email notification to all counsel of record.

                                        */s/ Richard M. Elias*
                                        Richard M. Elias