FILED

2023 Sep-01  PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MEDICAL PROPERTIES TRUST, INC.,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:23-cv-00408-RDP** |
| | } | |
| **VICEROY RESEARCH, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## ORDER

This matter is before the court on Defendants Gabriel Bernarde and Aidan Lau's 12(b)(2) and 12(b)(6) Motion to Dismiss. (Doc. # 60). For the reasons outlined in the accompanying Memorandum Opinion, Defendants' Motions (Doc. # 60) are **DENIED**.

**DONE** and **ORDERED** this September 1, 2023.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE