FILED
2023 Dec-07  AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU, <br><br> Defendants. | Civil Action No. 2:23-cv-00408-RDP |

### JOINT MOTION FOR
### MODIFICATION OF SCHEDULING ORDER

On July 27, 2023, the Court entered a Scheduling Order that provided that Plaintiff Medical Properties Trust, Inc. ("MPT") would submit expert report(s) on January 31, 2024; that all discovery would end May 15, 2024, with dispositive motions due June 28, 2024; and that the case would be trial ready in December 2024. (Doc. 64, ¶¶ 2, 7, 10, 14). The parties are currently engaged in document discovery, which they anticipate may take another two months to complete. In light of the current stage of document discovery, the parties have met and conferred regarding modifications to the Scheduling Order to ensure sufficient time to complete all remaining discovery in an orderly fashion. The parties thus jointly request that the Court modify and supplement the Scheduling Order by entering the proposed Order attached as Exhibit A hereto The proposed Order reflects a three-month extension to the trial ready date, with corresponding adjustments to discovery and briefing deadlines, the addition of interim document and fact discovery deadlines, and a provision for rebuttal expert reports if necessary.

Dated: December 7, 2023                          LIGHTFOOT, FRANKLIN & WHITE LLC

OF COUNSEL:
William Savitt                                   /s/ *Wesley B. Gilchrist*
Sarah K. Eddy                                    Michael L. Bell
Nathaniel Cullerton                              Wesley B. Gilchrist
Adabelle U. Ekechukwu                            Meghan S. Cole
Charles M. Melman                                The Clark Building
WACHTELL, LIPTON,                                400 20th Street North
ROSEN & KATZ                                      Birmingham, AL 35203
51 West 52nd Street                              Tel.: (205) 581-0700
New York, NY 10019
Tel.: (212) 403-1000
                                                 *Attorneys for Plaintiff*
Corey Worcester
Jomaire A. Crawford
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel.: (212) 849-7000


Dated: December 7, 2023                          ELIAS LLC

OF COUNSEL:                                       /s/ *Richard M. Elias* (w/permission)
J. Ken Thompson (ASB-                            Richard M. Elias
1422-P67J)                                       Todd Friedman
Attorney at Law                                  231 S. Bemiston, Suite 800
P.O. Box 43116                                   St. Louis, MO 63105
Birmingham, AL 35243                             314-391-6824
205-601-5624                                     relias@eliasllc.com
kent@jkenthompsonlaw.com                         tfriedman@eliasllc.com

                                                 *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

/s/ *Wesley B. Gilchrist*_____
Of Counsel
