UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MEDICAL PROPERTIES TRUST, INC.,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:23-CV-408-RDP |
| **VICEROY RESEARCH, LLC, et al.,** | } |
| **Defendants.** | } |

**AMENDED SCHEDULING ORDER**

This matter is before the court on the parties' Joint Motion for Modification of Scheduling Order. (Doc. # 77). For good cause shown, it is hereby **ORDERED** that the July 27, 2023 Scheduling Order (Doc. # 64) is modified and supplemented as follows:

1. The parties **SHALL** substantially complete production of all relevant documents no later than **February 15, 2024**, with rolling productions ongoing in the interim.

2. **Parties and Pleadings:** The parties **SHALL** be allowed until **February 15, 2024** to join additional parties and to amend the pleadings.

3. **Discovery:** All **fact** discovery **SHALL** be completed by **May 1, 2024**. All **other** discovery **SHALL** be completed by **September 1, 2024**.

4. **Reports from retained experts under Fed. R. Civ. P. 26(a)(2):** Plaintiff's expert report(s) due by **May 15, 2024**; Defendants' expert report(s) due **by July 1, 2024**; Plaintiff's rebuttal expert report(s) (if any) due by **August 1, 2024**.

5. **Dispositive Motions:** All potentially dispositive motions **SHALL** be filed by **October 15, 2024**.

6. Pretrial conference ready in **February 2025.**

1

7. Trial ready in **March 2025.**

**DONE** and **ORDERED** this December 7, 2023.

                                                                                             _____
                                                                                             **R. DAVID PROCTOR**
                                                                                             UNITED STATES DISTRICT JUDGE