FILED
2024 Mar-08  PM 05:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

Filed Under Seal