FILED
2024 Mar-08 PM 05:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 11

Steward 2020 Annual Report

EX-99.1 12 mpw-ex991_87.htm EX-99.1

**Exhibit 99.1**



# STEWARD HEALTH CARE SYSTEM LLC

Consolidated Financial Statements

Years Ended December 31, 2020 and 2019

(With Independent Auditors' Report Thereon)

# STEWARD HEALTH CARE SYSTEM LLC
Consolidated Financial Statements
Years ended December 31, 2020 and 2019

## Contents

| | Page |
|---|---|
| Independent Auditors' Report | 1 |
| Consolidated Balance Sheets | 5 |
| Consolidated Statements of Operations | 6 |
| Consolidated Statements of Comprehensive Income (Loss) | 7 |
| Consolidated Statements of Changes in Members' Deficit | 8 |
| Consolidated Statements of Cash Flows | 9 |
| Notes to Consolidated Financial Statements | 10 |

**STEWARD HEALTH CARE SYSTEM LLC**

Notes to Consolidated Financial Statements

December 31, 2020 and 2019

(6) **Related Party Transaction**

On May 11, 2020, there was a related party transaction involving Steward Health Care International Holdings Ltd ("Steward International"), the System's international operations. Steward International was transferred to a company owned by certain of the System's management equity holders and Medical Properties Trust, Inc. (MPT). The System received $200.0 million in cash for the sale of Steward International. Total assets sold by the System were approximately $27.0 million, resulting in a net cash contribution from the management equity holders of $173.0 million to the System. The transaction has been accounted for as a related party transaction and is shown as a contribution to equity on the accompanying consolidated statement of changes in members' deficit of $130.5 million after taking into account the tax impact of the contribution.

(7) **Property and Equipment**

Property and equipment as of December 31, 2020 and 2019, consisted of the following (in thousands of dollars):

|  | 2020 | 2019 |
|---|---|---|
| Land and improvements | $ 2,685 | 2,721 |
| Building and improvements | 716,580 | 722,506 |
| Equipment | 1,395,030 | 1,198,473 |
| Leasehold improvements | 157,532 | 143,688 |
|  | 2,271,827 | 2,067,388 |
| Less accumulated depreciation and amortization | (1,003,560) | (822,576) |
|  | 1,268,267 | 1,244,812 |
| Construction-in-progress | 157,516 | 98,747 |
|  | $ 1,425,783 | 1,343,559 |

23 (Continued)