UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MEDICAL PROPERTIES TRUST, INC.,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:23-cv-00408-RDP |
| } | |
| **VICEROY RESEARCH, et al.,** } | |
| } | |
| Defendants. } | |

## ORDER

On February 16, 2024, Defendant Viceroy Research, LLC ("Viceroy") informally contacted chambers regarding several discovery disputes between Defendants Viceroy, Fraser John Perring, Gabriel Bernarde, and Aidan Lau (collectively "Defendants") and Plaintiff Medical Properties Trust, Inc. ("Plaintiff"). In proper compliance with the court's Initial Order (Doc. # 42), Defendants requested a discovery conference with the court to discuss these disputes. Prior to the conference, the parties filed briefs in support of their respective positions on the disputes. (Docs. # 87, 89).

On March 13, 2024, the court conducted an over-the-phone discovery conference with the parties. For the reasons discussed at the conference, it is **ORDERED** as follows:

1. Defendants' request to share documents that Plaintiff has marked as confidential with governmental authorities is **DENIED WITHOUT PREJUDICE**.

2. Defendants' request to compel Plaintiff to produce discovery related to Plaintiff's January 4, 2024 press release concerning its tenant Steward is **DENIED WITHOUT PREJUDICE**. As discussed at the conference, Defendants are welcome to raise this request at a

later date to the extent they are ultimately unable to gain information about the financial status of Steward at the time any alleged defamatory statements were made.

3. Defendants' request to compel Plaintiff to respond to Viceroy's Interrogatory No. 3 is **DENIED IN PART**. **On or before Friday, March 22, 2023**, the parties **SHALL** meet and confer regarding the current deadlines set in the Amended Scheduling Order (Doc. # 78) and propose any changes to the court. Plaintiff **SHALL** respond to Viceroy's Interrogatory No. 3 no later than **forty-five (45) days** prior to the parties' agreed-upon fact discovery deadline.

4. Defendants' request to compel Plaintiff to search the files of Drew Babin as an additional custodian is **GRANTED**.

**DONE** and **ORDERED** this March 13, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE