UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU, <br><br> Defendants. | Civil Action No. 2:23-cv-00408-JHE |

_____

**MOTION TO WITHDRAW**
_____

Plaintiff Medical Properties Trust, Inc. ("Plaintiff") moves to permit Rebecca K. Hall to withdraw from representing it in this matter. Ms. Hall is leaving Lightfoot Franklin & White. Accordingly, Plaintiff asks that the Court grant Ms. Hall's withdrawal and direct the Circuit Clerk to remove Ms. Hall from any service list for filings in this matter. Plaintiff will continue to be represented by counsel as indicated in the signature block below. No party will be prejudiced by the requested withdrawal.

LIGHTFOOT, FRANKLIN & WHITE LLC

/s/ *Rebecca K. Hall*
Michael L. Bell
Wesley B. Gilchrist
Rebecca K. Hall
Meghan S. Cole
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Tel.: (205) 581-0700
mcole@lightfootlaw.com

William Savitt (*pro hac vice* filed)
Sarah K. Eddy (*pro hac vice* filed)
Nathaniel Cullerton (*pro hac vice* filed)
Adabelle U. Ekechukwu (*pro hac vice* filed)
Sijin Choi (*pro hac vice* filed)
Charles M. Melman (*pro hac vice* filed)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000

Corey Worcester (*pro hac vice* filed)
Jomaire A. Crawford (*pro hac vice* filed)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Rebecca K. Hall*
Of Counsel
