FILED

2024 Aug-02  AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC., <br><br>                 Plaintiff, <br><br>     -v.- <br><br> VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU, <br><br>                 Defendants. | Civil Action No. 2:23-cv-00408-RDP |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW Jomaire A. Crawford and respectfully moves this Court for leave to withdraw as counsel of record for Plaintiff Medical Properties Trust, Inc. ("MPT"). MPT will continue to be represented by counsel of record as indicated in the signature block below and will not be prejudiced by the undersigned's withdrawal.

Dated: August 2, 2024

OF COUNSEL:

William Savitt
Sarah K. Eddy
Nathaniel Cullerton
Adabelle U. Ekechukwu
Sijin Choi
Charles M. Melman
WACHTELL, LIPTON,
ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Tel.: (212) 403-1000

Michael L. Bell
Wesley B. Gilchrist
Meghan S. Cole
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL  35203
Tel.: (205) 581-0700

QUINN EMANUEL
URQUHART & SULLIVAN, LLP

*/s/ Jomaire A. Crawford*
Corey Worcester
Jomaire A. Crawford
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel.: (212) 849-7000

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

/s/ Jomaire A. Crawford
Jomaire A. Crawford