# EXHIBIT 1

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 5366 |
| First message sent date/time | 1/21/2023 4:08:05.000 PM |
| Last message sent date/time | 1/4/2024 1:50:17.000 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**447432206055@s.whatsapp.net (Gabe Bernarde)**   ✓ Received
1/30/2023 12:49:27.000 PM

it looks like MPW does not even own any of the malta jv

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 5366 |
| First message sent date/time | 1/21/2023 4:08:05.000 PM |
| Last message sent date/time | 1/4/2024 1:50:17.000 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**447432206055@s.whatsapp.net (Gabe Bernarde)**          ✓ Received
                                                         1/30/2023 12:49:29.000 PM

lmao

Confidential                                                    Viceroy_0099094

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 5366 |
| First message sent date/time | 1/21/2023 4:08:05.000 PM |
| Last message sent date/time | 1/4/2024 1:50:17.000 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**447432206055@s.whatsapp.net (Gabe Bernarde)**  ✓ Received
1/30/2023 12:49:31.000 PM

as in

## CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 5366 |
| First message sent date/time | 1/21/2023 4:08:05.000 PM |
| Last message sent date/time | 1/4/2024 1:50:17.000 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**447432206055@s.whatsapp.net (Gabe Bernarde)**  ✓ Received
1/30/2023 12:49:34.000 PM

they own the malta JV

Confidential
Viceroy_0099092

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 4 |
| Display names | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 5366 |
| First message sent date/time | 1/21/2023 4:08:05.000 PM |
| Last message sent date/time | 1/4/2024 1:50:17.000 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**447432206055@s.whatsapp.net (Gabe Bernarde)**  
✓ Received  
1/30/2023 12:49:38.000 PM

but the malta jv owns nothing

Confidential
Viceroy_0099091