FILED
2024 Oct-01 PM 01:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

## CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**33613715286@s.whatsapp.net (Aidan Lau)**

✓ Received
1/27/2023 3:24:18 PM

Overpayment is not inflation.

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**61400252285@s.whatsapp.net ()**
✓ Received
1/27/2023 3:24:34 PM

It is if you intentionally overpaid for it. It is inflatef

## CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**33613715286@s.whatsapp.net (Aidan Lau)**
✓ Received
1/27/2023 3:24:51 PM

We cannot prove intentional overpayment

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**33613715286@s.whatsapp.net (Aidan Lau)**  ✓ Received
1/27/2023 3:24:58 PM

Maybe they say they got swindled

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**447891341107@s.whatsapp.net (Fraser Perring)**

✓ Received
1/27/2023 3:25:07 PM

It is if it enables round-tripping as we have suggested

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**33613715286@s.whatsapp.net (Aidan Lau)**
✓ Received
1/27/2023 3:25:13 PM

We suggest it

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**61400252285@s.whatsapp.net ()**

✓ Received
1/27/2023 3:25:19 PM

Well i think we have to make a stand on that one given the circumstances haha

# CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |

| CONVERSATION DETAILS | |
|---|---|
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**447891341107@s.whatsapp.net (Fraser Perring)**

✓ Received
1/27/2023 3:25:31 PM

Too late!

## CLOUD WHATSAPP CHATS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 7 |
| Display names | 33613715286@s.whatsapp.net (Aidan Lau) |
| | 447432206055@s.whatsapp.net (Gabe Bernarde) |
| | 447891341107@s.whatsapp.net (Fraser Perring) |
| | 61400252285@s.whatsapp.net () |
| | Aidan Lau |
| | Fraser Perring |
| | Gabe Bernarde |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 12594 |
| First message sent date/time | 1/3/2023 8:31:38 AM |
| Last message sent date/time | 1/3/2024 12:37:44 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**61400252285@s.whatsapp.net ()**

✓ Received
1/27/2023 3:26:09 PM

It's so great not having a compliance department