UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MEDICAL PROPERTIES TRUST, INC.,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:23-cv-00408-RDP |
| } | |
| **VICEROY RESEARCH, LLC, et al.,** } | |
| } | |
| **Defendants.** } | |

## **ORDER**

On October 1, 2024, the court conducted a status conference in chambers with Plaintiff Medical Properties Trust, Inc. ("Plaintiff") and Defendants Viceroy Research, LLC, Fraser John Perring, Gabriel Bernarde, and Aidan Lau ("Defendants") to resolve a dispute involving the filing of certain confidential documents. Prior to the conference, the parties were ordered to meet and confer and file a joint status report regarding the issue. (Doc. # 106). Defendants also filed a pre-conference brief (Doc. # 107), and Plaintiff filed a response (Doc. # 108).

Although discovery has not concluded and no depositions have been taken, Defendants plan to file a motion for summary judgment. In their motion, Defendants intend to include several documents that Plaintiff insists should be filed under seal.

Unless the parties agree otherwise, **on or before October 22, 2024**, Defendants are **ORDERED** to *serve* on Plaintiff (not file) their motion for summary judgment brief and supporting Rule 56 materials. Defendants **SHALL** also indicate to Plaintiff which Rule 56 materials will be filed under seal, if any. Once Plaintiff has been served, the parties will meet and

confer to determine if Plaintiff will file a Federal Rule of Civil Procedure 56(d) Affidavit in response.

If Plaintiff concludes it will file a Rule 56(d) Affidavit, Plaintiff is **ORDERED** to do so **on or before November 5, 2024** and the parties will brief that motion consistent with Exhibit B. If no Rule 56(d) Affidavit will be filed, Defendants may file their summary judgment motion, and the briefing schedule set out in Appendix II will apply.

**DONE** and **ORDERED** this October 2, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE