# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MEDICAL PROPERTIES TRUST, INC.,<br><br>Plaintiff,<br><br>- v. -<br><br>VICEROY RESEARCH LLC; FRASER JOHN PERRING; GABRIEL BERNARDE; and AIDAN LAU,<br><br>Defendants. | Civil Action No. 2:23-cv-00408-RDP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and that certain Settlement Agreement dated December 10, 2024, the parties to the above-referenced action, through their undersigned attorneys, hereby stipulate and agree that the action is discontinued and dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated: December 18, 2024

OF COUNSEL:

William Savitt
Sarah K. Eddy
Nathaniel Cullerton
Adabelle U. Ekechukwu
Charles M. Melman
WACHTELL, LIPTON,
ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Tel.: (212) 403-1000

LIGHTFOOT, FRANKLIN & WHITE LLC

*/s/ Wesley B. Gilchrist*
Michael L. Bell
Wesley B. Gilchrist
Meghan S. Cole
The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel.: (205) 581-0700

*Attorneys for Plaintiff*

Dated: December 18, 2024

OF COUNSEL:
J. Ken Thompson (ASB-1422-P67J)
Attorney at Law
P.O. Box 43116
Birmingham, AL 35243
205-601-5624
kent@jkenthompsonlaw.com

ELIAS LLC

*/s/ Richard M. Elias (w/permission)*
Richard M. Elias
Todd Friedman
231 S. Bemiston, Suite 800
St. Louis, MO 63105
314-391-6824
relias@eliasllc.com
tfriedman@eliasllc.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                             */s/ Wesley B. Gilchrist*
                                             Of Counsel