# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MEDICAL PROPERTIES TRUST, INC.,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | } Case No.: 2:23-cv-00408-RDP |
| | } |
| **VICEROY RESEARCH, LLC, et al.,** | } |
| | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 117), filed December 18, 2024, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this December 18, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE